**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Viann Bonoan, | ) | Case No: 1:19-cv-06286 |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Discover Financial Services, Inc., | ) ) | |
|     Defendant. | ) ) | |

**STIPULATED DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Viann Bonoan, together with Defendant Discover Financial Services, Inc. (collectively, the "Parties"), through their respective undersigned counsel, file this stipulated dismissal, stipulating that all claims of Plaintiff against Defendant be dismissed in their entirety, each party to bear their own costs and attorneys' fees.

Dated: November 8, 2019                        Respectfully submitted,

By: /s/ *Julia B. Strickland*                        By: /s/ *Gary M. Klinger*

Julia B Strickland
Stroock & Stroock & Lavan, LLP
2029 Century Park East
Suite 1800
Los Angeles, CA 90067-3086
(310) 556-5800
Email: jstrickland@stroock.com
*Attorneys for Defendant*

Gary M. Klinger (ARDC# 6303726)
**KOZONIS & KLINGER, LTD.**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 8, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                   /s/ Gary M. Klinger
                                                   Gary M. Klinger